IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW WALTER LIDDIC** | : | CIVIL ACTION NO. 1:14-cv-2190 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Cohn) |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| Commissioner of | : | |
| Social Security | : | |
| | : | |
| Defendant | : | |

# O R D E R

Before the Court in the above captioned action is a December 18, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Cohn.

2) The appeal is DENIED, as the ALJ's decision is supported by substantial evidence.

3) The Clerk of Court shall close the case.

*s/ Yvette Kane*
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

Dated:  January 8, 2016